# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:**   CV 16-1155-R                                   **DATE:** June 27, 2016

**TITLE:**   Design Collection, Inc. v. Easy Pickins, Inc. et al.

==================================================================
**PRESENT:**   HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

  Ingrid Valdes                                                 N/A
**Deputy Clerk**                                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

  Not present                                                 Not present

**PROCEEDINGS**:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: Dismissal for Failure to Comply With the Court's Order Re: Notice to Counsel

     This Court's Order Re: Notice to Counsel ORDERS counsel to meet 30 days after the first answering defendant.  Plaintiff's counsel is then required to file a Joint Report of Early Meeting within 14 days of the holding of the Early meeting of Counsel.  Failure to comply with the Court's Order may lead to the imposition of sanctions which may include the striking of pleadings and entry of judgment or dismissal of the action.

     The parties in this case have failed to comply with the Court's Order.  To date, a Joint Report of Early Meeting has not been filed with the Court. The Court ORDERS the parties to file an Early Meeting Report or show cause in writing on or before July 5, 2016 why this action should not be dismissed for failure to comply with the Court's Order.

     No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive filing on or before the date upon which a response by the parties is due. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

**MINUTES FORM II**                                                        Initials of Deputy Clerk  CCH
**CIVIL - GEN**